# UNITED STATES DISTRICT COURT

for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-mj-11166-BNB |
| Clarice Sirio | ) | |
| _Defendant_ | ) | Charging District: 12-50154 |
| | ) | Charging District's Case No. South Dakota, Western Division |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Andrew W. Bogue Federal Bldg 515 Ninth Street Room 244 Rapid City, SD 57701 | Courtroom No.: 2, Room 236 |
|---|---|
| | Date and Time: January 4, 2013 9:00 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: December 12, 2012

_Bqk n Balard_

_Judge's signature_

_____

_Printed name and title_

Defendant is to report to Probation at 9:00 am on 1/4/13, Hearing will be held at 1:30 pm on 1/4/13 as indicated above.

)